IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00667-BNB

DANA COOPER,

    Plaintiff,

v.

CAPTAIN MISTY LOGAN,
SERGEANT MARIE LEIBA,
LIEUTENANT STEVEN MAY,
CAPTAIN MICHAEL NEGLEY, and
WARDEN KEVIN MILYARD,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -1 2009

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya.

DATED April 1, 2009, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00667-BNB

Dana Cooper
Prisoner No. 135056
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/1/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk